1  Richard O. Middlebrook, Jr., SBN: 167723
   **Law Offices of Richard O. Middlebrook**
2  **A Professional Corporation**
   5201 California Avenue, Suite 450
3  Bakersfield, California 93309
   (661) 636-1333 telephone
4  (661) 636-1343 facsimile

5  Attorney for defendant and cross-complainant, Chris Jackson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JOHN HADDAD, | Case No.: 1:07-CV-01676-OWW-DLB |
| Plaintiff, | STIPULATION TO CONTINUE SCHEDULING CONFERENCE, HEARING ON PLAINTIFF'S MOTION TO STRIKE; AND ORDER THEREON |
| vs. | |
| CHRIS JACKSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the initial scheduling conference currently set for February 27, 2008 at 8:15 a.m. in Courtroom 3 be continued to a convenient date in June 2008.  This continuance will allow for the parties to participate in early settlement discussions in an effort to dispose of this dispute.

IT IS FURTHER STIPULATED by and between the parties hereto, through their respective counsel, that the hearing on Plaintiff's motion to strike currently scheduled for February 25, 2008 at 10:00 a.m. in Courtroom 3 be continued to a convenient date in

PDF created with pdfFactory trial version www.pdffactory.com

June 2008 such that this hearing is heard prior to the initial scheduling conference. The deadlines for filing papers in opposition and reply to opposition shall be governed by the new hearing date.

January \_\_\_, 2008                                                     _____
                                                                        Richard O. Middlebrook, attorney for
                                                                        defendant and cross-complainant

January \_\_\_, 2008                                                     _____
                                                                        H. Ty Kharazi, attorney for plaintiff and
                                                                        cross-defendant

ORDER

IT IS HEREBY ORDERED that the initial scheduling conference currently set for February 27, 2008 at 8:15 a.m. in Courtroom 3 shall be and is continued to **June 20, 2008 at 8:15 a.m. in Courtroom 3.**

IT IS FURTHER ORDERED that the hearing on Plaintiff's motion to strike currently scheduled for February 25, 2008 at 10:00 a.m. in Courtroom 3 shall be and is continued to **June 2, 2008 at 10:00 a.m. in Courtroom 3**.

Dated: January 30, 2008                              /s/ OLIVER W. WANGER
                                                     United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com