H. Ty Kharazi, Esq.; SBN 187894
***KHARAZI & SIRABIAN***
1145 E. Shaw Avenue
Fresno, CA 93710
Tel: (559) 266-4030
Fax: (559) 266-4236

Attorney for Plaintiff, JOHN HADDAD

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| JOHN HADDAD,<br><br>            Plaintiff,<br><br>vs.<br><br>CHRIS JACKSON,<br><br>            Defendant.<br>_____<br>AND RELATED CROSS COMPLAINT | Case No. 1:07-cv-01676-OWW-TAG<br><br>**STIPULATION FOR EARLY SETTLEMENT CONFERENCE AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that an Early Settlement Conference occur on March 12, 2008 before Magistrate Judge Theresa Goldner at 1200 Truxtun Ave., Bakersfield, at 9:30 a.m.  Briefs to be exchanged by March 2, 2008.  In the interim, all proceedings, including Rule 26(a) exchanges are stayed in this matter.

February 14, 2008                                        _____/s/_____
                                                         H. Ty Kharazi, attorney for defendant and
                                                         cross-defendant

February 14, 2008                                        _____/s/_____
                                                         Richard O. Middlebrook, attorney for plaintiff
                                                         and cross-complainant

### ORDER

The Court has read and considered the above stipulation, and makes the following order thereon:

     1. The settlement conference is set before Magistrate Judge Goldner, on Wednesday, March 12, 2008, at 9:30 a.m., at 1200 Truxtun Avenue, Suite 120, Bakersfield, California (chambers location);

     2.  The parties are to submit confidential settlement conference statements no later than Wednesday, March 5, 2008.  The settlement conference statements are to be delivered to Judge Goldner's chambers at the above address, or submitted to tagorders@caed.uscourts.gov.  The settlement conference statements are not  to be filed electronically with the Court, i.e., they are not to be filed on CM/ECF.

IT IS SO ORDERED.

Dated:   **February 19, 2008**                                       /s/ Theresa A. Goldner  
                                                             UNITED STATES MAGISTRATE JUDGE