Richard O. Middlebrook, Jr., SBN: 167723
**Law Offices of Richard O. Middlebrook**
**A Professional Corporation**
5201 California Avenue, Suite 450
Bakersfield, California 93309
(661) 636-1333 telephone
(661) 636-1343 facsimile

Attorney for defendant and cross-complainant, Chris Jackson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JOHN HADDAD,<br><br>       Plaintiff,<br><br>vs.<br><br>CHRIS JACKSON,<br><br>       Defendant. | Case No.: 1:07-CV-01676-OWW-DLB<br><br>STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO STRIKE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the hearing on Plaintiff's motion to strike previously scheduled for June 2, 2008 at 10:00 a.m. in Courtroom 3 be continued to a convenient date in June 2008. Counsel for the parties are available on July 21, 2008. The deadlines for filing papers in opposition and reply to opposition shall be governed by the new hearing date.

June ___, 2008                                           _____
                                                         Richard O. Middlebrook, attorney for
                                                         defendant and cross-complainant

PDF created with pdfFactory trial version www.pdffactory.com

1
2   June ___, 2008                                          _____
3                                                           H. Ty Kharazi, attorney for plaintiff and
                                                            cross-defendant
4
5                                      ORDER

6   IT IS HEREBY ORDERED that the hearing on Plaintiff's motion to strike previously
7   scheduled for June 2, 2008 at 10:00 a.m. in Courtroom 3 shall be and is continued to July
8   21, 2008 at 10:00 AM in Courtroom 3.

9
10  Dated: June 6, 2008                            /s/ OLIVER W. WANGER
                                                   United States District Court Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com