Richard O. Middlebrook, Jr., SBN: 167723
**Law Offices of Richard O. Middlebrook**
**A Professional Corporation**
5201 California Avenue, Suite 450
Bakersfield, California 93309
(661) 636-1333 telephone
(661) 636-1343 facsimile

Attorney for defendant and cross-complainant, Chris Jackson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JOHN HADDAD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CHRIS JACKSON,<br><br>　　　　Defendant. | Case No.: 1:07-CV-01676-OWW-DLB<br><br>STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO STRIKE; AND ORDER THEREON<br><br>**NOTE:** Proposed Hearing Date Changed |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the hearing on Plaintiff's motion to strike previously scheduled for July 21, 2008 at 10:00 a.m. in Courtroom 3 be continued approximately 30 days. Counsel for the parties are available on August 18, 2008. The deadlines for filing papers in opposition and reply to opposition shall be governed by the new hearing date.

July ___, 2008　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Richard O. Middlebrook, attorney for
　　　　　　　　　　　　　　　　　　　　　　defendant and cross-complainant

July ___, 2008                                             _____
                                                                                                             H. Ty Kharazi, attorney for plaintiff and cross-defendant

### ORDER

IT IS HEREBY ORDERED that the hearing on Plaintiff's motion to strike previously scheduled for July 21, 2008, at 10:00 a.m. in Courtroom 3 shall be and is continued to October 20, 2008, at 10:00 a.m. in Courtroom 3.

Dated:July 18, 2008                                     /s/ OLIVER W. WANGER
                                                                             Judge of the Federal Court