IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HADDAD,<br><br>        Plaintiff,<br><br>  vs.<br><br>CHRIS JACKSON,<br><br>        Defendant. | No. CV-F-07-1676 OWW/TAG<br><br>MEMORANDUM DECISION AND ORDER DENYING PLAINTIFF'S MOTION TO STRIKE AS MOOT (Doc. 12) |

Plaintiff's motion to strike portions of the answer and cross-complaint pursuant to Rule 12(f), Federal Rules of Civil Procedure, is DENIED AS MOOT. The parties have entered into a settlement agreement, settling this action pending Court approval.

IT IS SO ORDERED.

Dated:   September 10, 2008          /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE

1