Richard O. Middlebrook, SBN 167723
**RICHARD O. MIDDLEBROOK, A PROFESSIONAL CORPORATION**
5201 California Avenue, Suite 450
Bakersfield, CA  93309
Telephone:  (661) 636-1333
Facsimile:  (661) 636-1343

Attorney for Defendants and Counter-Complainants,
CHRIS JACKSON and NANCY HOLLMAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JOHN HADDAD, | Case No.: 1:07-CV-01676-OWW-DLB |
| Plaintiff and Cross-Defendant, | ORDER DENYING PLAINTIFF'S MOTION TO VACATE ARBITRATION AWARD |
| vs. | |
| CHRIS JACKSON and NANCY HOLLMAN, | Date:  June 25, 2010<br>Time:  3:30 p.m.<br>Dept:  3 |
| Defendants and Cross-Complainants. | Honorable Judge Oliver W. Wanger |

The motion of Plaintiff, John Haddad to Vacate Arbitration Award pursuant to 9 U.S.C. § 10 (A) 1-4, came on for final hearing on June 25, 2010 in Courtroom 3 of the above entitled court before the Honorable Judge Wanger.

Moving party, John Haddad appeared in person and with counsel H. Ty Kharazi, Yarra, Kharazi & Associates.  Defendants and Cross-Complainants, Chris Jackson and

1
**ORDER DENYING MOTION TO VACATE ARBITRATION AWARD**

PDF created with pdfFactory trial version www.pdffactory.com

1  Nancy Hollman appeared through counsel Richard O. Middlebrook, Richard O.
2  Middlebrook, A Professional Corporation.
3  　　　The Court having considered the moving papers, the papers filed in opposition of
4  the motion, having considered the arguments of all counsel and the matter having been
5  submitted,

7  IT IS HEREBY ORDERED:

8  　　　Plaintiff's Motion to Vacate the Arbitration Award is DENIED.

10  　　　A true and correct copy of the Memorandum Decision Regarding Plaintiff's Motion
11  to Vacate Arbitration Award electronically filed and served on July 16, 2010 as Document
12  36 is attached hereto and incorporated herein by reference.

14  Dated: July 21, 2010　　　　　　　/s/ OLIVER W. WANGER
15  　　　　　　　　　　　　　　　　　United States District Judge